```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
 8                       NORTHERN DISTRICT OF CALIFORNIA
 9
10   VICTOR NEWMAN,              )
                                 )
11           Plaintiff(s),       )     No. C04-3793 MJJ (BZ)
                                 )
12       v.                      )     INITIAL DISCOVERY ORDER
                                 )
13   RUTH BRIONES, et al.,       )
                                 )
14           Defendant(s).       )
                                 )
15   _____)
```

16    All discovery in this matter has been referred to
17 United States Magistrate Judge Bernard Zimmerman.
18    In the event a discovery dispute arises, the parties
19 shall meet in person or, if counsel are outside the Bay
20 Area, by telephone and make a good faith effort to resolve
21 their dispute.  Exchanging letters or telephone messages
22 about the dispute is insufficient.  The Court will not read
23 subsequent positioning letters; parties shall instead make
24 a contemporaneous record of their meeting using a tape
25 recorder or a court reporter.
26    In the event they cannot resolve their dispute, the
27 parties must participate in a telephone conference with the
28 Court **before** filing any discovery motions or other papers.

1  The party seeking discovery shall request a conference in a
2  letter served on all parties not exceeding two pages (with
3  no attachments) which briefly explains the nature of the
4  action and the issues in dispute.  Other parties shall
5  reply in similar fashion within two days of receiving the
6  letter requesting the conference.  The Court will contact
7  the parties to schedule the conference.
8       After the conference with the Court, if filing papers
9  is deemed necessary, they should be electronically filed
10 with the Clerk's Office, with one hard copy delivered
11 directly to Chambers (Room 15-6688).  A chambers copy of
12 all briefs shall be submitted on a diskette formatted in
13 WordPerfect 6, 8, 9 or 10.  The diskette shall be scanned
14 for virus before submission.
15 Dated: May 23, 2005

                     /s/ Bernard Zimmerman
                       Bernard Zimmerman
                  United States Magistrate Judge

20 G:\BZALL\-REFS\PROJECT SENTINEL\INITIAL DISCOVERY.ORDER2.NEWMAN.wpd

2