Rufus L. Cole, Esq. (SB# 60843)
COLE & FASANO
720 Market Street, Penthouse Suite
San Francisco, California 94102-2500
Telephone: [415] 956-8800
Facsimile: [415] 956-8811

Attorneys for Plaintiff
VICTOR NEWMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR NEWMAN, individually and on behalf of the GENERAL PUBLIC<br><br>Plaintiff,<br><br>vs.<br><br>RUTH BRIONES; CHARLES GLASS and ANNIE GLASS, as Trustees of the GLASS TRUST u/a/d 12/7/92; FRED BAUM and HELEN BAUM, as Trustees under that certain Trust Agreement dated April 13, 1992; and J. SOSNICK & SONS , a California Corporation,<br><br>Defendants. | Case No. C04-3793 MJJ<br><br>**REQUEST FOR DISMISSAL** |

    The parties having reached a settlement in the above-captioned matter, Plaintiff VICTOR NEWMAN does hereby request dismissal of this action with prejudice as to all Defendants including RUTH BRIONES; CHARLES GLASS and ANNIE GLASS, as Trustees of the GLASS TRUST u/a/d 12/7/92; FRED BAUM and HELEN BAUM, as Trustees under that certain Trust Agreement dated April 13, 1992; and J. SOSNICK & SONS , a California Corporation.

/ / /

Cole & Fasano
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

REQUEST FOR DISMISSAL

C04-3793 MJJ

Each party shall bear their own cost and attorney fees.

Dated: November 8, 2005          /s/_____
                                 Rufus L. Cole, Esq.
                                 COLE & FASANO
                                 720 Market Street, Penthouse Suite, 10th Floor
                                 San Francisco, California 94102

                                 Attorneys for Plaintiff VICTOR NEWMAN

**ORDER**

The court having considered the above Request for Dismissal, and good cause appearing, this matter is hereby Dismissed with prejudice, each party to bear their own cost and attorney fees.

Dated: November __8__, 2005      _____
                                 HONORABLE M. J. JENKINS
                                 U.S. District Court Judge

*F:\Clients Data\NEWMAN\PLEAD\Req4Dismissal.wpd*

---

Cole & Fasano
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

REQUEST FOR DISMISSAL

C04-3793 MJJ